Peter A. Davidson (SBN 76194)
pdavidson@ecjlaw.com
**ERVIN, COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for Stephen J. Donell, Receiver

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. DONELL, Permanent Receiver for Learn Waterhouse, Inc., its subsidiaries and affiliates,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MARTIN ROGERS aka JAY ROGERS and ROGER LANDSCAPING, INC., a Florida Corporation<br><br>Defendant. | CASE NO. 10CV 2046-BTM-POR<br><br>**DISMISSAL OF COMPLAINT PURSUANT TO RULE 41(a)(1)(i) FEDERAL RULES OF CIVIL PROCEDURE** |

TO THE HONORABLE BARRY T. MOSKOWITZ UNITED STATES DISTRICT COURT JUDGE AND OTHER PARTIES AND INTEREST:

Please take notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Steven J. Donell, Permanent Receiver for Learn Waterhouse, Inc. and its subsidiaries and affiliates, the Plaintiff in this action, hereby dismisses, without order of court, his complaint in this case.

///

DISMISSAL OF COMPLAINT PURSUANT TO RULE 41(a)(1)(i) FEDERAL RULES OF CIVIL PROCEDURE

1 | The complaint is being dismissed, without prejudice, on the basis that
2 | Plaintiff has been unable to timely effect service.

Dated: November 2, 2012

Respectfully submitted,

ERVIN COHEN & JESSUP LLP

By:   s/Peter A. Davidson
     PETER A. DAVIDSON
     pdavidson@ecjlaw.com
     Attorneys for Stephen J. Donell,
     Receiver